```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION
IN RE:                                    CASE NO. 07 B 00682
    THOMAS B ZINCHUK
                                          CHAPTER 13

                                          JUDGE: SUSAN PIERSON SONDERBY

         Debtor
    SSN XXX-XX-1764

--------------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
     The case was filed on 01/16/2007 and was not confirmed.

     The case was converted to chapter 7 without confirmation 07/11/2007.
--------------------------------------------------------------------------------
CREDITOR NAME              CLASS            CLAIM AMOUNT     INTEREST      PRINCIPAL
                                                             PAID          PAID
--------------------------------------------------------------------------------
AURORA LOAN SERVICES       NOTICE ONLY      NOT FILED             .00           .00
PIERCE & ASSOC             NOTICE ONLY      NOT FILED             .00           .00
AURORA LOAN SERVICES       CURRENT MORTG          .00             .00           .00
CITY OF DES PLAINES        UNSECURED        NOT FILED             .00           .00
CITY OF DES PLAINES        UNSECURED        NOT FILED             .00           .00
CITY OF DES PLAINES        UNSECURED        NOT FILED             .00           .00
CITY OF DES PLAINES        UNSECURED        NOT FILED             .00           .00
CITY OF DES PLAINES        UNSECURED        NOT FILED             .00           .00
CITY OF DES PLAINES        UNSECURED        NOT FILED             .00           .00
CITY OF DES PLAINES        UNSECURED        NOT FILED             .00           .00
CITY OF DES PLAINES        UNSECURED        NOT FILED             .00           .00
FREEDMAN ANSEIMO LINDBER   UNSECURED        NOT FILED             .00           .00
MATHEIN & ROSTOKER PC      UNSECURED         15500.00             .00           .00
MEDICAL CENTER ANESTHESI   UNSECURED        NOT FILED             .00           .00
MIDWEST SPORTS MEDICINE    UNSECURED        NOT FILED             .00           .00
ST ALEXIUS MEDICAL CENTE   UNSECURED        NOT FILED             .00           .00
AURORA LOAN SERVICES       MORTGAGE ARRE          .00             .00           .00
NPS                        UNSECURED          9736.58             .00           .00
ILLINOIS DEPT OF REV       UNSECURED           184.80             .00           .00
ILLINOIS DEPT OF REV       PRIORITY          1560.01             .00           .00
ROBERT J SEMRAD & ASSOC    DEBTOR ATTY            .00                           .00
TOM VAUGHN                 TRUSTEE                                              .00
DEBTOR REFUND              REFUND                                          2,115.00

         Summary of Receipts and Disbursements:
--------------------------------------------------------------------------------
                    RECEIPTS           DISBURSEMENTS
--------------------------------------------------------------------------------
TRUSTEE                      2,115.00

PRIORITY                                                         .00
SECURED                                                          .00
UNSECURED                                                        .00
ADMINISTRATIVE                                                   .00
TRUSTEE COMPENSATION                                             .00

                    PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 07 B 00682 THOMAS B ZINCHUK
```

```
DEBTOR REFUND                                                    2,115.00
                                      ---------------    ---------------
TOTALS                                       2,115.00           2,115.00
```

    Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                   /s/ Tom Vaughn
    Dated: 12/13/07                _____
                                   TOM VAUGHN
                                   CHAPTER 13 TRUSTEE